# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| STEVE RICHARDSON, ) <br> Register No. 55320, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORRECTIONAL MEDICAL SERVICES, ) <br> INC., et al., ) <br> ) <br> Defendants. ) | No. 05-4355-CV-C-NKL |

## ORDER

On December 27, 2006, the United States Magistrate Judge recommended that plaintiff's claims against defendants Michael Murphy and Gary Allan be dismissed. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's claims against defendants Michael Murphy and Gary Allan are dismissed, pursuant to the provisions of 28 U.S.C. § 1915.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: February 27, 2006
Jefferson City, Missouri